UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JEANETTE DRIEVER,
CHARLSA LITTLE,
RHONDA FLEMING,
    Plaintiff-Intervenors,

TEXAS,
    Lead Plaintiff,

v.    No.  7:16-cv-00054-O

UNITED STATES OF AMERICA

**FILED**

**January 17, 2017**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

ADDENDUM TO THE MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF

TO THE HONORABLE COURT:

    The Plaintiff-Intervenors move the Court for the enforcement of the order of August 21, 2016 at all federal buildings to include, FMC Carswell, where male transgenders are housed and allowed to shower with female inmates. The Plaintiff-Intervenors have also requested that their custody be changed to a halfway house in the district pending the resolution of this case.

    Since the filing of the Motion to Intervene and the Motion for Preliminary Injunction, there is media attention to this case, which has enraged the men at FMC Carswell. The Plaintiff-Intervenors do not subscribe to the false narrative that anatomical males are women and this has also angered the FMC Carswell staff.

    Today, prisoners brought messages that the men know they are being "protested." The Plaintiff-Intervenors are not protesting these men. Instead, they want an end to the violation of their constitutionally recognized right to bodily privacy and to be free from sexual assault by these men.

    When women prisoners have an argument, they do not threaten each other with sexual assault. The men here do threaten to rape women and they are not chemically castrated. These are violent men that will use physical intimidation to get their way.

-1-

As stated in other filings, these men are scamming the system and they want to serve their prison sentence with women. These men want access to women, for sex, while they serve their prison sentences.

A female inmate, Levon Edmonds, related to the Plaintiff-Intervenors, that while being housed with Thompson, he let her know he was sexually attracted to her and other black female inmates, a disgusting thought to the majority of female inmates at this prison. Ms. Edmonds has signed a declaration under penalty of perjury regarding her conversation with Thompson.

The prison has extensive records on threats of rape by these men and actual assaultive conduct on the female inmates at this prison. These are sexual deviants being given government support to violate women.

The Plaintiff-Intervenors have proven a violation of their constitutional rights and an extraordinary circumstance which would support a change in custody, along with the removal of these men from FMC Carswell.

Respectfully Submitted,

Rhonda Fleming
01/10/2017

CERTIFICATE OF SERVICE

A copy of the same has been sent to AUSA Angie Henson, 1100 Commerce Street, 3rd Floor, Dallas, Texas 75242, on the same day.

Rhonda Fleming

2017 JAN 17 PM 1:01
CLERK OF COURT

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 1/12/17

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

NORTH TEXAS TX PDC
DALLAS TX 753
12 JAN 2017 PM 6 L

Name: Linda Henry
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⟨⟩20446-009⟨⟩
U S Fed District Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal - between ears   75102-575938