UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

JEANETTE DRIEVER,
CHARLSA LITTLE,
RHONDA FLEMING,
    Plaintiff-Intervenors,

TEXAS,
    Lead Plaintiff,

v.                    No. 7:16-cv-00054-O

UNITED STATES OF AMERICA

**FILED**

**January 17, 2017**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

DECLARATION PURSUANT TO 28 U.S.C. § 1746 BY
LEVON EDMONDS #06879-043 IN SUPPORT OF
PRELIMINARY INJUNCTIVE RELIEF

    I, Levon Edmonds, #06879-043, certify under penalty of perjury that the following is true and correct to the best of my knowledge:

1.    I was housed with Linda Thompson, a male transgender in Unit 1 North when he stripped all of his clothing off and walked around naked. Thompson is a man of above average size.

2.    I have spoke to Thompson about his sexuality and he explained in detail how he cut off his own testicles, and then his penis.

3.    Thompson explained to me that he had prostituted with men, but his sexual preference, he stated, "..are black women like you!" I was in shock because I had a false assumption that Thompson wanted to be a female and was attracted to men.

4.    It was upsetting to me to shower when Thompson is in the same shower area and I do feel violated.

Executed on January 10, 2017.

                                                     */s/ Levon Edmonds*
                                                  Levon Edmonds #06879-043