UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 7 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

STATE OF TEXAS, et al.,
    Plaintiffs,

JEANETTE DRIEVER, et al.,
    Plaintiff-Intervenors,

v.      No. 7:16-cv-00054-O

UNITED STATES OF AMERICA, et al.,
    Defendants

## COMPLAINT

    The Plaintiff-Intervenors file this Complaint against all of the Defendants presently part of this civil case, to include known and unknown government employees, in their official and individual capacities, as a Bivens claim, for the enacting of national policies and practices, on transgender rights which violate the bodily privacy rights of women created by God, not man, through surgery or self-identification.

    These national polices, practices, Guidelines, directives, or program statements consistently violated the Administrative Procedure Act's notice and comment requirements, Constitutional rights to bodily privacy and Equal Protection, as well as longstanding principles of human decency in women and men having separate, but equal, intimate facilities.

    Simply put, it is abnormal for men to have access to women's intimate facilities may it be in a college locker-room, middle school bathroom, or a prison shower, regardless of the gender of which any person identifies. Their self-identity violates the Plaintiff-Intervenors and other persons right to privacy.

    The Plaintiff-Intervenors challenge the Defendant's policies and practices that allow transgender persons access to intimate facilities that do not correspond with their birth sex.

The Plaintiff-Intervenors are subjected to exposing themselves in front of men in bathrooms, showers, and living areas, and being exposed to the genitals of men who self-identify as women.

The Plaintiff-Intervenors are subjected to dangerous conditions because intimate facilities seldom have video monitoring, may they be in a prison or an airport. Allowing men in these areas endanger women who are physically unable to protect themselves from potential physical or sexual assaults from men.

The Plaintiff-Intervenors do not just challenge the access that transgenders have to intimate facilities at FMC Carswell, but to any government building. After living with male transgenders for several years, the Plaintiff-Intervenors have experienced the danger of being in isolated areas, such as bathrooms with these people.

The Plaintiff-Intervenors have suffered actual injury due to the Defendants granting of special rights to transgender men and perceive future injuries if relief is not granted which prevents access to intimate facilities by male transgenders in women's areas.

The Plaintiffs have witnessed assaults by male transgenders, been solicited for sex by them, denied accommodations to not be housed with them or shower in a separate area, while the Defendants have went overboard in accommodating male transgenders. Program Statement 5200.04, already filed in this case, shows the courtesy afforded male transgenders and none are given to women who do not want to expose themselves in front of men.

The conditions in FMC Carswell are not much different from what young women will experience in school bathrooms, locker rooms, and other intimate facilities. The Defendants' Guidelines allow transgenders to use intimate facilities with the opposite sex and they are accommodated with access to separate facilities , clearly an equal protection violation.

## RELIEF REQUESTED

The Plaintiff-Intervenors pray that the Court will issue a ban on the use of intimate facilities that do not correspond with the persons sex at birth and order compensation to the Plaintiff-Intervenors who have suffered due to the actions of the Defendants.

Respectfully Submitted,
Jeanette Driever
Charlsa Little
Rhonda Fleming

-2-                                                01/25/2017

CERTIFICATE OF SERVICE

A copy of the same has been served by U.S. Mail|| on the same day and by the Clerk's electronic filing of this document to:

AUSA Benjamin Berwick
1 Courthouse Way
Boston, MA 02210

*Rhonda Fleming*

Name: Rhonda Fleming
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FT WORTH DIVISION

2017 JAN 27   AM 11:01

CLERK OF COURT

◇ 20446-009 ◇
U S Fed District Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

76102-975999

NORTH TEXAS TX P&DC
DALLAS TX 750
26 JAN 2017   PM 10

USA FOREVER
USA FOREVER

1/26/17

[illegible handwritten notation: "was processed through special ... for forwarding to you. The letter ... In the writer ..."]