

February 12, 2017

Dear Clerk,

before filing these documents, please notify Judge O'Connor's office that the Plaintiffs have received death threats and the male inmates are accessing the court filings through PACER. They have stated that if an order is issued that they are being taken out of Carswell, they will kill us.

Thank you,

Rhonda Fleming

Legal

Thomas [illegible]
Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, TX 76127

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX

2017 FEB 15 AM 11:45

CLERK OF COURT

⇔ 20446-009 ⇔
U S Fed District Clerk
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States



NAS JRB FINANCE UNIT  FEB 13 2017  USPS
USA FOREVER