IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| Rhonda Fleming, Brenda Rhames, and Charlsa Little, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § § | 7:17-cv-00009-O |
| Barack Hussein Obama, former president of the United States, et al., | § § § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE
OF COUNSEL FOR PLAINTIFFS**

The undersigned attorneys hereby enter their appearance as counsel of record in this matter on behalf of Plaintiffs/Intervenors Rhonda Fleming (Dkt. 2 and 4), Brenda Rhames (Dkt. 5), and Jeanette Driever (Dkt. 2 and 9).

1. This case began as part of Civil Action No. 7:16-cv-00054-O, which action was originally filed on May 25, 2016.

2. Plaintiffs/intervenors intervened in the 00054 case on February 3, 2017. The Court ordered Plaintiffs' claims severed from that case, and the clerk was ordered to open a new case, the current proceeding, No. 7:17-cv-0009-O, which occurred on or about February 3, 2017 (Dkt. 1).

3. Several pleadings have been filed by Plaintiffs acting *pro se* since February 3, 2017, including two amended complaints, Dkt. 30 (filed February 15, 2017), and Dkt. 45 (filed March 2, 2017). Counsel anticipates seeking leave of court to file additional pleadings, including a further amended complaint.

4. Attorney James A. Pikl is a member of the Texas State bar and a member of the bar for the U.S. District Court, Northern District of Texas, both since 1986. **Mr. Pikl will act as lead counsel.** All court papers should be directed to his attention at the address below. Mr. Pikl's principal office is located in the Northern District of Texas at 500 Main Street, Suite 2700, Dallas, Texas 75201. He also offices at the address below, and requests all papers be served on him at the Frisco, Texas address or through the CM/ECF system. See N.D. Texas Local Rule 77.1(b) and (c). Mr. Pikl is registered with the federal CM/ECF system.

5. Attorney Greg McCaleb is a member of the State Bar of Arizona and a member of the bar for the U.S. District Court, District of Arizona, both since 1998. He will act as associate counsel in the case. Mr. McCaleb is registered with the federal CM/ECF system.

6. Prior to this Notice, the named Plaintiffs have represented themselves *pro se*, and now request that the undersigned attorneys be substituted in as their counsel for all purposes. To the extent there are any other plaintiffs or intervenors in this case other than Fleming, Rhames, and Driever, the undersigned **do not** yet represent them.

7. Counsel understands that the three Plaintiffs named in this Notice have all entered an appearance or filed declarations in support of their motions to intervene, and are thus considered plaintiffs in the case. To the extent this is incorrect, counsel prays that the Court approve their intervention making them plaintiffs for all purposes.

RESPECTFULLY SUBMITTED:

/s/ James A. Pikl, Lead Counsel
jim.pikl@solidcounsel.com
Texas Bar No. 16008850
SCHEEF & STONE, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100
Fax (214) 472-2150

Gary McCaleb
gmccaleb@adflegal.org
Arizona Bar No. 018848
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
Fax (480) 444-0025

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.1(d), the foregoing pleading was served by the CM/ECF system on all counsel of record on April 7, 2017.

/s/ James A. Pikl