IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RHONDA FLEMING, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   *Defendants*. | Civil No. 7:17-cv-0000-9-O |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Kenneth E. Sealls, of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of the Defendants in the above-captioned case.

Dated: June 27, 2017           Respectfully submitted,

                    CHAD A. READLER
                    Acting Assistant Attorney General

                    JOHN R. PARKER
                    United States Attorney

                    JOHN R. TYLER
                    Assistant Director, Federal Programs
                    Branch

                    s/ *Kenneth E. Sealls*
                    KENNETH E. SEALLS
                    D.C. Bar #400633
                    Trial Attorney
                    U.S. Department of Justice
                    Civil Division, Federal Programs Branch
                    20 Massachusetts Ave. N.W., Rm. 6136
                    Washington, D.C. 20530
                    phone: (202) 305-1953
                    fax: (202) 616-8460

email: Kenneth.Sealls@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties by operation of the Court's electronic filing system.

<u>s/ *Kenneth E. Sealls*</u>
KENNETH E. SEALLS
Trial Attorney
United States Department of Justice