# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| RHONDA FLEMING, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil No. 7:17-cv-0009-O |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Emily B. Nestler of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance on behalf of all defendants in the above-captioned case.

Dated: August 4, 2017

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. PARKER
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

/s/ *Emily B. Nestler*
EMILY B. NESTLER
(D.C. Bar No. 973886)

U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530
phone: (202) 616-8489
fax: (202) 616-8470
email: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties by operation of the Court's electronic filing system.

                                            */s/ Emily B. Nestler*
                                            EMILY B. NESTLER
                                            Trial Attorney
                                            United States Department of Justice