IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00009-O |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Motion for Protective Order (ECF No. 93); Plaintiffs' Response and Brief in Support (ECF Nos. 96–97); and Defendants' Reply (ECF No. 98). Because Defendants have demonstrated good cause for the entry of the proposed protective order, the Court hereby **GRANTS** Defendants' Motion for Protective Order (ECF No. 93), which will issue by separate order. As stated in the Protective Order, Plaintiffs may seek disclosure of protected material under Paragraph 18(a) and may seek attorneys' fees over any alleged over-designation in accordance with Federal Rule of Civil Procedure 26 or the Privacy Act, after utilizing the mechanism provided for disclosure of protected material in Paragraph 18(a).

Also before the Court is Defendants' Unopposed Motion to Place under Seal Portions of Pages of their Opposition to Plaintiffs' Preliminary Injunction Motion, and Pages of Defendants' Appendix (ECF No. 101). Noting that the motion is unopposed, the Court finds that Defendants' Motion to Place under Seal (ECF No. 101) is well-taken and should be and is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

Pages 6–9, 12, and 18 of Defendants' Opposition Brief, and pages 203, 273, 275–276, 278–285, 289–295, 297–330, 507–510 and index page 2 of Defendants' Appendix, be **SEALED**.

To allow Plaintiffs' counsel ample time to review Defendants' unredacted response to the

preliminary injunction motion, Plaintiffs shall have until **September 1, 2017** to file any reply.

**SO ORDERED** on this **16th day** of **August, 2017.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**