# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| RHONDA FLEMING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil No. 7:17-cv-0009-O |

### DEFENDANTS' NOTICE REGARDING CASE DEVELOPMENT

On May 12, 2017, Plaintiffs Rhonda Fleming, Jeanette Driever, and Brenda Rhames, inmates at Federal Medical Center – Carswell ("Carswell"), in Fort Worth Texas, and Plaintiff Charlsa Little, an inmate in Bryan Federal Prison Camp – Bryan ("Bryan"), in Bryan, Texas, filed their Third Amended Complaint, alleging constitutional and Religious Freedom Restoration Act violations resulting from the Bureau of Prisons' ("BOP") transgender inmates regulation and guidelines. *See* ECF No. 59. On June 26, 2017, Plaintiffs filed their preliminary injunction motion, ECF Nos. 79-81, requesting, among other things, that the Court order BOP to transfer Plaintiffs to other institutions that do not currently house male-to-female transgender inmates.

Defendants hereby inform the Court that Plaintiff Fleming has become eligible for transfer, during the pendency of the litigation, and was transferred to Bryan, a minimum security facility, on September 21, 2017. As Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction explains, the Bryan facility does not presently house transgender inmates as described in the Complaint. *See* ECF No. 99 at 5.

Dated: September 22, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. PARKER
United States Attorney

JOSHUA E. GARDNER
Assistant Director, Federal Programs Branch

s/ *Kenneth E. Sealls*
KENNETH E. SEALLS
D.C. Bar #400633
EMILY NESTLER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. N.W., Rm. 6136
Washington, D.C. 20530
phone: (202) 305-1953
fax: (202) 616-8460
email: Kenneth.Sealls@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties by operation of the Court's electronic filing system.

s/ *Kenneth E. Sealls*
KENNETH E. SEALLS
Trial Attorney
United States Department of Justice