IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action No. 7:17-cv-00009-O |
| UNITED STATES OF AMERICA, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Abate the Case Pending Settlement Negotiations (ECF No. 110), filed September 22, 2017. Plaintiffs request a 120-day stay of all proceedings to allow time for the Parties to develop ongoing settlement negotiations. Mot. 1, ECF No. 110. Having reviewed the motion and noting it is unopposed, the Court finds that the motion is well-taken and should be and is hereby **GRANTED**.

Accordingly, all further proceedings in this matter are hereby **ABATED** for a period of 120 days, including a ruling on all pending motions. The Clerk of the Court is directed to close the case for administrative purposes during the period of abatement. The deadline by which Defendants may answer or otherwise respond to the Third Amended Complaint is also postponed during the period of abatement. Should the case not be resolved by settlement, the Plaintiffs shall notify the Court promptly and ask that the case be put back into active status.

**SO ORDERED** on this **25th day** of **September, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE