THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| RHONDA FLEMING, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 7:17-cv-0009-O |

## NOTICE OF APPEARANCE

Please take notice that David G. Cutler, of the United States Department of Justice, Civil Division, enters his appearance on behalf of Thomas R. Kane, Jody R. Upton, and Steve Mora.

Dated: November 3, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JOHN R. PARKER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　C. SALVATORE D'ALESSIO, JR.
　　　　　　　　　　　　　　　　　　　　Acting Director, Torts Branch

　　　　　　　　　　　　　　　　　　　　RICHARD MONTAGUE
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel

　　　　　　　　　　　　　　　　　　　　/s/ David G. Cutler
　　　　　　　　　　　　　　　　　　　　DAVID G. CUTLER
　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6303130
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Constitutional Torts Staff
　　　　　　　　　　　　　　　　　　　　P.O. Box 7146, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044

Tel: (202) 616-4373 | Fax: (202) 616-4314
Email: david.g.cutler@usdoj.gov
*Counsel for Defendants Kane, Upton, and Mora*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties by operation of the Court's electronic filing system.

*/s/ Emily B. Nestler*
EMILY B. NESTLER