**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| RHONDA FLEMING, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | Civil No. 7:17-cv-0009-O |

**DEFENDANTS' AMENDED NOTICE REGARDING NOVEMBER 6, 2017 HEARING**

This Court's October 16, 2017 Order [Dkt. 118] (the "Order") set a November 6, 2017 Hearing to consider two motions—"Plaintiffs' Counsels' Motion to Withdraw as Attorney (ECF No. 116), filed October 9, 2017; and Plaintiff Rhonda Fleming's Motion to Remove Counsel (ECF No. 117), filed October 11, 2017"—on which the United States took no position. *See* Order at 1. The Court also directed that "Counsel for Plaintiffs and Defendants must appear and be prepared to discuss all issues related to the pending motion to withdraw and its potential impact on the ongoing settlement negotiations cited in the Motion to Stay (ECF No. 110)." *Id*. On November 1, 2017, the United States filed a notice informing the Court that "[b]ecause Plaintiffs have not effected service on the defendants named in their individual capacities, the United States respectfully provides this Notice to clarify that only counsel appearing on behalf of the United States and the named defendants in their official capacities will attend the November 6, 2017 hearing." (ECF No. 128). The United States subsequently has determined that service has been effectuated for then-Acting Director of the Bureau of Prisons Dr. Thomas Kane and Jody

Upton in their individual capacities,[1] but that service has not been effectuated for Attorney General Jefferson B. Session. Accordingly, in addition to counsel for the United States and the officials in their official capacities, counsel for those individual capacity defendants that have been served intend to appear at the November 6 hearing.

Dated: November 3, 2017                    Respectfully submitted,

                                                    CHAD A. READLER
                                                   Acting Assistant Attorney General

                                                   JOHN R. PARKER
                                                   United States Attorney

                                                   JOSHUA E. GARDNER
                                                 Assistant Director, Federal Programs Branch

                                                 *s/ Emily B. Nestler*
                                                 EMILY NESTLER
                                                 D.C. Bar No. 973886
                                                 KENNETH E. SEALLS
                                                 Trial Attorneys
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 20 Massachusetts Ave. N.W., Rm. 6136
                                                 Washington, D.C. 20530
                                                 Tel: (202) 616-8489
                                                 Fax: (202) 616-8470
                                                 emily.b.nestler@usdoj.gov

                                                 *Counsel for Defendants*

---

[1] Defendants are reviewing the status of service for Steve Mora in his individual capacity.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties by operation of the Court's electronic filing system.

*/s/ Emily B. Nestler*
EMILY B. NESTLER