IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLAS DIVISION

| | |
|---|---|
| RHONDA FLEMING, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>   Defendants. | Civil Action No. 7:17-cv-0009-O |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please take note that Trial Attorney Laura K. Smith will appear on behalf of individual federal defendants Thomas R. Kane, Jody R. Upton, and Steve Mora in their personal capacities. Trial Attorney David G. Cutler will no longer appear in this matter. Please direct all notices, pleadings, orders, and other papers to Ms. Smith at the address listed below.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director
Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

*/s/ Laura Katherine Smith*
LAURA KATHERINE SMITH
Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044

Tel: (202) 616-0419
Fax: (202) 616-4314

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**James A. Pikl**
Scheef & Stone LLP
2600 Network Blvd.
Suite 400
Frisco, TX 75034
214/472-2150
jim.pikl@solidcounsel.com

**Christiana Holcomb**
Alliance Defending Freedom
440 First Street NW
Suite 600
Washington, DC 20001
202-393-8690
Fax: 202-347-3622
cholcomb@adflegal.org

**Gary Stuart McCaleb**
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
480-444-0020
Fax: 480-444-0028
gmccaleb@adflegal.org

**Jeana Hallock**
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
480-333-0010
Fax: 480-444-0028
jhallock@sdflegal.org

**Kenneth Elliot Sealls**
United States Department of Justice
20 Massachusetts Ave. NW
Room 6136
Washington, DC 20530
202/305-1953
Fax: 202/616-8460
Kenneth.Sealls@usdoj.gov

**Emily Brooke Nestler**
United States Department of Justice
20 Massachusetts Avenue
Washington, DC 20530
202-616-8489
Emily.b.nestler@usdoj.gov

Dated: <u>November 22, 2017</u>     <u>*s/ Laura Katherine Smith*</u>
LAURA KATHERINE SMITH
Trial Attorney, Torts Branch
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0419 (phone)
(202) 616-4314 (fax)
Laura.Smith2@usdoj.gov