United States District Court
Northern District of Texas

RECEIVED
By Gerdts at 3:11 pm, Dec 04, 2017

Fleming v. United States of America
No. 7:17-cv-0009-O

Re: Failure of the Defendants to Comply with a Court Order

Dear Judge O'Connor:

    Three weeks after the hearing on 11/06/2017, the Defendants have failed to comply with your order to return me immediately back to FPC Bryan.

    Instead, I am in segregation in Oklahoma, after requesting a grievance, on their refusal to comply with a court order and retaliation for reporting sexual misconduct — a PREA claim which was fully substantiated.

    I was placed in the SHU about 4 hours after sending an email to Warden John Fox for a grievance. In Brunson v. Nichols, No. 14-31350, the 5th Circuit addressed this type of unlawful conduct of placing inmates in the SHU for requesting a grievance, holding these were "plausible claims of retaliation and conspiracy." (5th Cir., Nov. 15, 2017).

    During the course of litigating this case, there are numerous

-1-

documented incidents of abuse against me by the Defendants and their employees. This is intentionally bad faith conduct by the Defendants who are my custodians.

The Defendants are making an example out of me to deter other inmates from reporting sexual misconduct by their employees. To me, it is sexual misconduct by the Defendants to force me to share a prison cell with male inmates, who claim to be women.

I am praying you will hold the Defendants accountable for violating your orders, by ordering them to explain why I am in the SHU, in Oklahoma, and then grant the injunctive relief I have requested - transfer out of their direct custody pending the resolution of this case.

Respectfully Submitted,

Rhonda Fleming
November 29, 2017

COS
Service is performed by the Clerk's electronic filing of this document

- 2 -

NAME: Rhonda Fleming
REG# 20115-009
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

NORTHERN DIST. OF TX
FT WORTH DIVISION

2017 DEC -4  PM 2:14

CLERK OF COURT

OKLAHOMA CITY OK 730
30 NOV 2017 PM 3 L

76102-364105

U.S. Courthouse
U.S. District Clerk
501 W. 10th Street
Fort Worth, TX 76102