# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| Rhonda Fleming, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 7:17-cv-0009-O |
| | § | |
| United States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS LITTLE, DRIEVER, AND RHAMES' NOTICE OF DISMISSAL OF INDIVIDUAL CAPACITY CLAIMS

As no Defendant has yet filed an answer or a motion for summary judgment in this action, Plaintiffs Charlsa Little, Jeanette Driever, and Brenda Rhames, hereby notify this Honorable Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that they dismiss with prejudice the individual capacity claims against Defendants Hon. Jefferson B. Sessions, III; Dr. Thomas R. Kane; Warden Jody R. Upton; and Warden Steve Mora. Plaintiff Rhonda Fleming does not join in this dismissal of claims.

Respectfully submitted this 7th day of December, 2017.

/s/ Gary S. McCaleb

| | |
|---|---|
| JAMES A. PIKL | GARY S. MCCALEB |
| jim.pikl@solidcounsel.com | gmccaleb@adflegal.org |
| TX Bar No. 16008850 | AZ Bar No. 018848* |
| SCHEEF & STONE, LLP | JEANA HALLOCK |
| 2600 Network Blvd., Suite 400 | jhallock@adflegal.org |
| Frisco, Texas 75034 | AZ Bar no. 032678* |
| (214) 472-2100 | ALLIANCE DEFENDING FREEDOM |
| (214) 472-2150 Fax | 15100 N. 90th Street |
| | Scottsdale, Arizona 85260 |
| | (480) 444-0020 |
| | (480) 444-0028 Fax |
| | |
| | CHRISTIANA HOLCOMB |
| | cholcomb@adflegal.org |
| | CA Bar No. 277427* |
| | ALLIANCE DEFENDING FREEDOM |
| | 440 First St. NW, Suite 600 |
| | Washington, DC 20001 |
| | (202) 393-8690 |
| | (202) 347-3622 Fax |

*Admitted Pro Hac Vice

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.1(d), the foregoing pleading was served by the CM/ECF system on all counsel of record on December 7, 2017.

/s/ Gary S. McCaleb