IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

WICHITA FALLS DIVISION

RHONDA FLEMING,
Charlsa Little,
JEANETTE DRIEVER
BRENDA Rhames

CASE NO. 7:17-00009-O

THE HONORABLE REED O"CONNOR

PLAINTIFF"S

UNITED STATES OF AMERICA

DEFENDANTS

DONNA LANGAN ( aka-PETER LANGAN)

MOVANT/INTERVENOR



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 8 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

MOVANT INTERVENOR'S NOTICE OF

CONFLICT OF INTEREST BETWEEN DEFENDANT'S INTERESTS

AND THE MOVANT INTERVENORS INTERESTS

Comes now the Movant Intervenor Donna Langan ( hereafter Movant), to
pray that the Honorable Court will take Judicial Notice and act upon a serious
conflict of interest that does and has existed in regards to this case since
July 26, 2017 . The Conflict of interest exists because the U.S. Department of
Justice represents the interest of the United States Government in the case of
Jane Doe,et al v. Donald Trump, in the U.S. District Court for the District of
Columbia. Civil Action No. 17-1597(CKK). This is a case where the United States
by way of Presidential order is trying to remove all Transgender persons from
the U.S. Military and not allow any more to enlist. In Short,the U.S government
represented by the Justice Department is seeking to deprive transgender persons
of rights given to them under a previous administration.

In the above entitled case the Plaintiffs(Fleming et al v. United States)

8

1

the Plaintiff's Fleming,DeRock,Little,and Inmates are seeking to have recoganized the rights granted to Transgender Women to be housed in a women's prison, in the general population or else where to live and reveive treatment while serving their sentences. The United States is supposed to be defending the current policy of the Federal Bureau of Prisons as it relates to the treatment of transgender prisoners. And as alleged by the Plaintiff's Counsel adequately represent the interests of transgender prisoners too. But this is not happening in fact in settlement negotiations it appears the Federal Bureau may deprive transgender prisoners of their rights without due process by way of reaching a settlement with the Plaintiff's that takes away the rights of transgender prisoners.

There is a serious conflict of interest where the government as a Defendant must at the same time defend two seperate and conflicting positions, on one hand they want to take away the rights of Transgenders in the military, but tasked with defending the rights of transgender prisoners as a Defendant in this case. This conflict of interest cannot stand and the Movant seeks to have seperate Counsel appointed to her in this matter,and pending appointment of said seperate Counsel this case should be stayed indefinitely . The needs and interests of Transgender prisoners should and must be protected.

Respectfully Submitted

Donna Langan,Movant pro se

2