IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

WICHITA FALLS DIVISION

RHONDA FLEMING,
Charlsa Little,
JEANETTE DRIEVER
BRENDA Rhames

   PLAINTIFF"S

UNITED STATES OF AMERICA

   DEFENDANTS

DONNA LANGAN ( aka-PETER LANGAN)

   MOVANT/INTERVENOR

CASE NO. 7:17-00009-0

THE HONORABLE REED O"CONNOR



## MOTION TO STAY ANY SETTLEMENT BETWEEN

## THE PLAINTIFF AND THE DEFENDANT PENDING APPEAL OR

## OTHER LITIGATION BY THE MOVANT INTERVENOR

    Comes now the Movant Intervenor Donna Langan, hereafter Movant to pray that the Honorable Court stay any settlement between the above mentioned parties to allow the Movant time to review the terms of any settlement to see if they negatively impact the Movant and or violate her civil and or constitutional rights. The Movant would ask for a stay of 120 days from the delivery of a copy of any settlement to the Movant. The Movant asks for this stay in good faith and to prevent a manifest injustice, protect her life, preserve her rights, and to continue her medical treatment and to prevent irreparable harm befalling her. The Movant would note that she has asked this court to stay any decision in this case already. But she recently learned that the above named parties are close to a settlement(see exhibit# 52 ) and that the settlement would likely involve "change in prison guidelines to prohibit transgender inmates from being housed in general population. You would have to be housed seperately"

    This information came to the Movant at 8:48pm CST on 12-08-17, and is very, very troubling to say the least. The Movant needs a stay to challenge this unconstitutional

1

Case 7:17-cv-00009-O   Document 145   Filed 12/18/17   Page 2 of 5   PageID 2311

provision of a possible settlement between the parties. And because the Defendat's position and the Movants position, and rights are not the same as each others. There is a huge disconnect there.

The Movant get's the feeling and impression that the parties in this case want to proceed as if the rights and need's the Movant and other similarly situated transgender prisoners have don't matter or count. When they most certainly do.

It would be a travesty and complete miscarriage of justice, and a denial of due process to favor one group of prisoners over another. Especially without their being given a chance to be heard. And that seems to be what is happening here.

Transgender prisoners are being reduced to second or third class citizens and even nonpersons in this whole matter. We cannot rely on the Federal Bureau of Prisons to protect our rights or defend policy that was meant to protect us when they are entering into secret negotiations to give away or deprive us of those same rights. The current policy that is in place took a long time to craft and create, much of it was created under the threat of legal action. But with the in put of interested parties Including Advocates from the Transgender Community, as well as womens rights groups, and Correctional and law enforcement Policy makers including the then United Sates Attorney General's under two administrations. This is not something to tinker with or change in secret or without input from the persons most likely to be harmed and put at risk, and or deprived of their rights.

The Movant was in the middle of preparing another motion when this information was received (exhibit #32 ) and felt compelled to act promptly and without fully researching or briefing this matter, please expect more to come in the future.

Respectfully Submitted

*Donna Langan*   12-15-17

Donna Langan, Movant pro se.

2

CERTIFICATE OF SERVICE

I Donna Langan (AKA Peter Langan ) certify that I have served a true and correct copy of the attached document _Motion to Stay any Settlement_ Upon the _Plaintiffs Attorney_ in this case. On this _15th_ day of _December_ 201_7_ By Placing it into the prison legal mail system, U.S. Postage Frist Class prepaid, correctly addressed to the Plaintiff's Attorney of Record as listed below.

Service sent to: _James Pikl Attorney_
_2600 Network Blvd. Ste. 400_
_Frisco, TX 75034_

Respectfully submitted

_Donna Langan_

Donna Langan (AKA-Peter Langan)

Movant/Intervenor

Copy to Records

TO: THE CLERK OF THE U.S. DICTRICT COURT
    FOR THE NORTHERN DISTRICT OF TEXAS
    WICHITA Division

DATE: 12-15-17

From : DONNA LANGAN ( aka Peter langan)
    FEDERAL MEDICAL CENTER CARSWELL
    P.O. BOX 27137
    FT. WORTH, TEXAS  76127

Re: Filing's to this Court

Dear Clerk,

    Enclosed you will find __2__ copies of the motion and or documents I wish to file with this Court , please return to me in the self addressed stamped envelope a time date stamped copy of the cover page of the enclosed motion/documents.

    If you have any questions comments or further instructions please contact me as soon as possible at the above address. Thank You

Respectfully Submitted

_Donna L_ 12-15-17

Donna Langan-Movant/Intervenor

