IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CHARLSA SUZANNE LITTLE, <br> JEANETTE DRIEVER, <br> and BRENDA RHAMES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 7:17-cv-009-O |

## ORDER REGARDING PROCEEDINGS

This action was held in abatement pending results of the parties' settlement negotiations. *See* Orders, ECF Nos. 111, 156, 174. Counsel for Plaintiff Brenda Rhames notified the Court that, despite good faith negotiations, settlement was not achieved. *See* Notice, ECF No. 180. The Court has lifted the stay in this action and returned the case to active status. *See* ECF No. 183. Accordingly, the Court finds and orders as follows:

On May 11, 2018, the United States Department of Justice issued revisions to the Transgender Offender Manual for the Bureau of Prisons. *See* ECF No. 181 at 4-6. Counsel has represented to the Court that, although this case has not settled, the revised manual has resulted in changes in circumstances that warrant revisions in the pleadings. *See* ECF No. 184. Additionally, Plaintiff Brenda Rhames' has voluntarily **WITHDRAWN** her Motion for Preliminary Injunction (ECF No. 79) without prejudice to her right to seek a preliminary injunction in the future if necessary. Due to the change in circumstances in this case, Jeanette Driever and Charlsa Suzanne Little's Motion for Preliminary Injunction (ECF No. 79) is **DISMISSED** without prejudice to their right to seek a preliminary injunction in the future if necessary.

In light of the revisions to the Transgender Offender Manual, and in light of the fact that Jeanette Driever and Charlsa Suzanne Little have dismissed Counsel and are now proceeding *pro se*, Jeanette Driever, Charlsa Suzanne Little, and Counsel for Brenda Rhames, shall each file an Amended Complaint by **July 11, 2018.**[1] Defendants shall file Answers or otherwise respond to the Amended Complaints by **September 10, 2018.**

During the period of abatement, five individuals, **Peter Langan**, **Theresa Martinez**, **Leslie Garrison**, **Jeremy Pinson**, and **Michelle Renee Marshall**, sought leave to intervene in this action. *See* ECF Nos. 114, 140, 160, 172. Because circumstances have changed, those motions are **DENIED** without prejudice to the right to seek leave to intervene only after Plaintiffs have filed their Amended Complaints or after the time for filing Amended Complaints has expired.

Other motions were also filed by parties and by non-parties during the period of abatement. Because of changes in the circumstances underlying the claims at issue in this case, the remaining pending motions are hereby **DENIED** as **MOOT** without prejudice to refiling after Plaintiffs have filed their Amended Complaints or after the time for filing Amended Complaints has expired.

The **Clerk of Court** shall transmit copies of this Order to the parties and to the putative intervenors.

**SO ORDERED** this **11th day** of **June, 2018**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**

---

[1] Failure to file an Amended Complaint as ordered may result in dismissal of a Plaintiff's claims for want of prosecution.