# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| BRENDA RHAMES, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   *Defendants*. | Civil No. 7:17-cv-0009-O |

**DEFENDANTS' RESPONSE TO PLAINTIFF JEANETTE DRIEVER'S MOTION FOR 30-DAY EXTENSION TO FILE AMENDED COMPLAINT**

Defendants the United States, Attorney General Jefferson B. Sessions, III, Hugh J. Hurwitz, Jody R. Upton, and David R. Wilson, in their official capacities ("Defendants"), by undersigned counsel and pursuant to Local Civil Rule 7.1(e), respectfully inform the Court that they do not oppose Plaintiff Jeanette Driever's Motion, ECF No. 202, for a 30-day extension of the August 10, 2018 deadline set by the Order dated July 20, 2018, ECF No. 198, for her to file her Amended Complaint.[1]

//

//

//

//

//

---

[1] Defendants' counsel informed Driever by e-mail dated August 6, 2018, that Defendants consent to the requested extension.

Dated: August 13, 2018					Respectfully submitted,

							CHAD A. READLER
							Acting Assistant Attorney General

							JOSHUA E. GARDNER
							Assistant Director, Federal Programs Branch

							s/ *Kenneth E. Sealls*
							KENNETH E. SEALLS
							D.C. Bar #400633
							Trial Attorney
							U.S. Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave. N.W., Rm. 6136
							Washington, D.C. 20530
							phone: (202) 305-1953
							fax: (202) 616-8460
							email: Kenneth.Sealls@usdoj.gov

							Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the represented parties by operation of the Court's electronic filing system, and that I caused to be mailed, first-class, postage prepaid, a copy of this filing to Plaintiff Jeanette Driever, 4900 Wyoming Blvd., NE #41, Albuquerque, NM 87111.

							s/ *Kenneth E. Sealls*
							KENNETH E. SEALLS
							Trial Attorney
							United States Department of Justice