IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BRENDA RHAMES, *et al.*, <br><br>   *Plaintiffs*, <br><br>   v. <br><br>UNITED STATES OF AMERICA, *et al.*, <br><br>   *Defendants*. | Civil No. 7:17-cv-0009-O |

**DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants the United States, Attorney General Jefferson B. Sessions, III, Hugh J. Hurwitz, Jody R. Upton, and David R. Wilson, in their official capacities ("Defendants"), by undersigned counsel, respectfully move the Court to dismiss Plaintiff's Amended Verified Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). Alternatively, Defendants move the Court to grant them summary judgment as to all of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56. The grounds for the instant Motion are set forth in Defendants' Memorandum, which will be filed separately. *See* Local Rule 56.3(b), 56.5(a).

//

//

//

//

//

//

Dated: September 10, 2018                    Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             JOSHUA E. GARDNER
                                             Assistant Director, Federal Programs Branch

                                             s/ *Kenneth E. Sealls*
                                             KENNETH E. SEALLS
                                             D.C. Bar #400633
                                             Trial Attorney
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Ave. N.W., Rm. 6136
                                             Washington, D.C. 20530
                                             phone: (202) 305-1953
                                             fax: (202) 616-8460
                                             email: Kenneth.Sealls@usdoj.gov

                                             *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, I electronically filed a copy of the foregoing, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff Brenda Rhames by operation of the Court's electronic filing system, and I hereby further certify that on September 10, 2018, I transmitted by electronic mail to Plaintiff Jeanette Driever the foregoing, and that I placed it for mailing, first-class, postage prepaid, to Plaintiff Driever, for September 11, 2018, to her at 4900 Wyoming Blvd., NE #41, Albuquerque, NM 87111.

                                             s/ *Kenneth E. Sealls*
                                             KENNETH E. SEALLS
                                             Trial Attorney
                                             United States Department of Justice