

September 7, 2018

Dear Honorable Judge Reed O'Connor,

    I'm still having difficulty finding representation on this case to help me with the amended complaint. I've been in touch with Gary McCaleb and he is also trying to help me find counsel. I'm not sure if I can be allowed another extension or not but I have started the complaint myself and will do it to the best of my knowledge. It will take me some time but if you can allow me whatever you can time wise I would greatly appreciate it. Thank you so very much. And again me deepest apologizes, I had no idea what mess I was creating for myself when I dismissed counsel. At that time, I was off my mental health meds and should have stayed with Gary. Please if you know of any attorney's I'd greatly appreciate any help anyone can offer to me at time.

Sincerely,

Jeanette Driever

Jeanette Deiever
700 Juan Tabo Blvd NE
Albuquerque, NM 87123

United States District Court
Judge Reed O'Connor
1000 Lamar Street, Rm 203
Wichita Falls, TX
76301

RECEIVED
SEP 10 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76301-343153