IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BRENDA RHAMES, et al., | § § § | Case No. 7:17-CV-00009-O |
| Plaintiffs, | § § | |
| vs. | § § § | The Honorable Reed C. O'Connor |
| UNITED STATES OF AMERICA, et al., | § § § § | |
| Defendants. | § § § § | |

PLAINTIFF BRENDA RHAMES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff Brenda Rhames, by and through counsel, hereby respectfully moves this honorable Court to grant her a two-week extension to respond to Defendants' Motion to Dismiss, Or, In the Alternative, For Summary Judgment. The response is currently due October 1, 2018. A two-week extension will reset the deadline to October 15, 2018.

Accordingly, pursuant to Local Rule 7.1(f), Defendants would file

their reply brief within 14 days from the date the response is filed. This would make Defendants' reply brief due on October 29, 2018.

Respectfully submitted this 21st day of September, 2018.

|  |  |
|---|---|
|  | By: s/ Gary S. McCaleb |
| JAMES A. PIKL | GARY S. MCCALEB |
| Jim.pikl@solidcounsel.com | gmccaleb@adflegal.org |
| TX Bar No. 16008850 | AZ Bar No. 018848* |
| **SCHEEF & STONE, LLP** | JEANA HALLOCK |
| 2600 Network Blvd., Suite 400 | jhallock@adflegal.org |
| Frisco, Texas 75034 | AZ Bar no. 032678* |
| (214) 472-2100 | **ALLIANCE DEFENDING FREEDOM** |
| (214) 472-2150 Fax | 15100 N. 90th Street |
|  | Scottsdale, Arizona 85260 |
|  | (480) 444-0020 |
|  | (480) 444-0028 Fax |
|  |  |
|  | CHRISTIANA HOLCOMB |
|  | cholcomb@adflegal.org |
|  | CA Bar No. 277427* |
|  | **ALLIANCE DEFENDING FREEDOM** |
|  | 440 First St. NW, Suite 600 |
|  | Washington, DC 20001 |
|  | (202) 393-8690 |
|  | (202) 347-3622 Fax |
|  | *Admitted Pro Hac Vice* |

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rule 7.1, the undersigned counsel for Plaintiff Brenda Rhames conferred via email with counsel for the Defendants, Kenneth Sealls, and *pro se* Plaintiff Jeanette Driever regarding this motion. This motion is unopposed.

> By: s/ Gary S. McCaleb
> GARY S. MCCALEB
> *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.1, the foregoing pleading was filed with the Clerk on September 21, 2018 via the CM/ECF filing system and a copy was automatically served on counsel for Defendants who are registered users of ECF.

Pursuant to Fed. R. Civ. P. 5, Plaintiff Jeanette Driever was served on September 21, 2018 via U.S. Mail.

By: /s/ Gary S. McCaleb
GARY S. MCCALEB
*Attorney for Plaintiffs*