IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BRENDA RHAMES and JEANETTE DRIEVER, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 7:17-cv-009-O |
| UNITED STATES OF AMERICA, et al., | | |
| Defendants. | | |

## ORDER

Plaintiff Brenda Rhames' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (ECF No. 209) is **GRANTED**. Brenda Rhames shall file her response by **October 15, 2018.**

**SO ORDERED** this **24th day** of **September, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE