IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BRENDA RHAMES, et al., | Case No. 7:17-CV-00009-O |
| Plaintiffs, | |
| | The Honorable Reed C. O'Connor |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

# PLAINTIFF RHAMES' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiff Brenda Rhames, by and through undersigned counsel, submits this Response in Opposition to Defendants' Motion to Dismiss, Or, In the Alternative, For Summary Judgment, ECF No. 206. For the reasons set forth in the memorandum separately filed per LR 7.1(d), Ms. Rhames opposes the Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) and the alternative motion to dismiss under Fed. R. Civ. P. 56, but waives her claim for nominal damages.

Respectfully submitted this 15th day of October, 2018.

|  |  |
|---|---|
|  | By: s/ Gary S. McCaleb |
| JAMES A. PIKL | GARY S. MCCALEB |
| Jim.pikl@solidcounsel.com | gmccaleb@adflegal.org |
| TX Bar No. 16008850 | AZ Bar No. 018848* |
| **SCHEEF & STONE, LLP** | JEANA HALLOCK |
| 2600 Network Blvd., Suite 400 | jhallock@adflegal.org |
| Frisco, Texas 75034 | AZ Bar no. 032678* |
| (214) 472-2100 | **ALLIANCE DEFENDING FREEDOM** |
| (214) 472-2150 Fax | 15100 N. 90th Street |
|  | Scottsdale, Arizona 85260 |
|  | (480) 444-0020 |
|  | (480) 444-0028 Fax |
|  |  |
|  | CHRISTIANA HOLCOMB |
|  | cholcomb@adflegal.org |
|  | CA Bar No. 277427* |
|  | **ALLIANCE DEFENDING FREEDOM** |
|  | 440 First St. NW, Suite 600 |
|  | Washington, DC 20001 |
|  | (202) 393-8690 |
|  | (202) 347-3622 Fax |
|  |  |
|  | *Admitted Pro Hac Vice |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.1(d), the foregoing pleading was served on October 15, 2018 in accordance with the CM/ECF filing system and FRCP 4.

By: /s/ Gary S. McCaleb
GARY S. MCCALEB
*Attorney for Plaintiffs*