## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| BRENDA RHAMES, et al., § | |
|     Plaintiffs, § | Case No. 7:17-CV-00009-O |
| § | |
| vs. § | The Honorable Reed C. O'Connor |
| § | |
| UNITED STATES OF AMERICA, et al., § | |
| § | |
|     Defendants. § | |

### NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, Warren Norred of Norred Law, PLLC, and hereby files this appearance as attorney of record on behalf of BRENDA RHAMES, et al., Plaintiff, and designates Warren Norred as lead counsel. All communications from the court and opposing counsel relating to the above-styled cause should be directed to Norred Law, PLLC at the undersigned address.

Respectfully,
By: /s/ Warren V. Norred
NORRED LAW, PLLC
Warren V. Norred, Texas Bar No. 2404509, wnorred@norredlaw.com
515 E. Border St, Arlington, Texas 76010
Ph: 817-704-3984, Fax: 817-524-6686
Attorney for Defendant