**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **BRENDA RHAMES, et al.,** § | |
| Plaintiffs, § | Case No. 7:17-CV-00009-O |
| § | |
| vs. § | The Honorable Reed C. O'Connor |
| § | |
| **UNITED STATES OF AMERICA, et al.,** § | |
| Defendants. § | |

**AMENDED NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES, Warren Norred of Norred Law, PLLC, and hereby files this appearance as attorney of record on behalf of THERESA MARTINEZ and LESLIE GARRISON, Intervenors, in this matter. All communications from the court and opposing counsel relating to the above-styled cause should be directed to Norred Law, PLLC at the undersigned address.

The previous filing mistakenly represented Mr. Norred as appearing for Brenda Rhames, this notice respectfully requests that the court disregard that notice and consider it withdrawn.

    Respectfully,
    By: /s/ Warren V. Norred
    NORRED LAW, PLLC
    Warren V. Norred, Texas Bar No. 2404509, wnorred@norredlaw.com
    515 E. Border St, Arlington, Texas 76010
    Ph: 817-704-3984, Fax: 817-524-6686
    Attorney for Intervenors Theresa Martinez and Leslie Garrison

**CERTIFICATE OF SERVICE** – I hereby certify that a copy of the foregoing has been served on all interested parties who can accept electronic service via the Court's e-filing system on this 3rd day of December, 2018. Service to Jeanette Driver will be by direct email.

    /s/ Warren V. Norred
    Warren V. Norred