IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BRENDA RHAMES, et al., § | | |
|    Plaintiffs, § | | Case No. 7:17-CV-00009-O |
| § | | |
| vs. § | | The Honorable |
| § | | Reed C. O'Connor |
| UNITED STATES OF AMERICA, et al., § | | |
|    Defendants. § | | |

## ORDER GRANTING
## MARTINEZ AND GARRISON'S MOTION TO INTERVENE

Before the Court is Martinez and Garrison's Motion to Intervene filed January 8, 2019 ("Motion," Doc. 217).

After considering the Motion, reviewed the pleadings and the applicable law, the Court is of the opinion that the Motion should be granted and it is **ORDERED** that the Motion filed by Martinez and Garrison is **GRANTED** as permitted by Federal Rule of Civil Procedure 24(a).

Further, in observing that the defendant has suggested that claims of Plaintiff Rhames are moot and such suggestion is well taken, the Court ORDERS that Martinez and Garrison are hereby substituted for Rhames, and the style of this case modified accordingly to "Leslie Garrison and Theresa Martinez v. United States of America, et. al."

So ORDERED:

_____
The Honorable Reed O'Connor
UNITED STATES DISTRICT JUDGE