IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BRENDA RHAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-009-O |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING GOVERNMENT'S MOTION FOR STAY OF ALL PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

Before the Court is the Government's Motion for a Stay of all Proceedings in Light of Lapse of Appropriations. ECF No. 218. The Government seeks a stay of proceedings due to the lack of appropriations from Congress that has resulted in restrictions on the work that can be performed by Department of Justice attorneys.

For the reasons set forth in the Government's motion, the motion is **GRANTED**. All proceedings in this case are hereby **STAYED**. All current deadlines for the parties in this action are hereby extended commensurate with the duration of the lapse in appropriations for the Department of Justice. The Government is directed to notify the Court as soon as Congress has appropriated funds for the Department of Justice. The stay will be lifted at that time.

**SO ORDERED** this **18th day** of **January, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE