# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| BRENDA RHAMES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil No. 7:17-cv-0009-O |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 18, 2019, this Court granted Defendant United States of America's motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. *See* ECF No. 220. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and the Department has now resumed its usual civil litigation functions. Pursuant to the Court's order, the deadline for responding to Martinez and Garrison's Verified Motion to Intervene, ECF No. 217, should be extended by thirty-five (35) days. Accordingly, Defendants now intend to file a response to Martinez and Garrison's Verified Motion to Intervene on or before March 15, 2019.

Dated: January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

s/ *Kenneth E. Sealls*
KENNETH E. SEALLS
D.C. Bar #400633
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm. 11520
Washington, D.C. 20005
Tel: (202) 305-1953 — fax: (202) 616-8460
email: Kenneth.Sealls@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff Brenda Rhames and to counsel for Theresa Martinez and Leslie Garrison.

s/ *Kenneth E. Sealls*
KENNETH E. SEALLS
Trial Attorney
United States Department of Justice