**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **BRENDA RHAMES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:17-cv-009-O** |
| | § | |
| **UNITED STATES OF AMERICA, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER LIFTING STAY OF PROCEEDINGS

Before the Court is the Government's Notice to the Court of Restoration of Appropriations. ECF No. 221.  On January 18, 2019, proceedings in this action were stayed to a lapse in appropriations for the Department of Justice.  The Government has now notified the Court that appropriations have been restored.

Accordingly, the stay of proceedings in this case is **LIFTED**.  The parties shall files their responses, if any, to Theresa Martinez and Leslie Garrison's Verified Motion to Intervene (ECF No. 217) by **March 15, 2019.**

**SO ORDERED** this **29th day** of **January, 2019.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**