IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BRENDA RHAMES,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 7:17-cv-009-O | |
| § | | |
| **UNITED STATES OF AMERICA, et al.,** § | | |
| § | | |
| Defendants. § | | |

## ORDER DISMISSING CASE

Before the Court is Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment. ECF No. 206. Plaintiff Brenda Rhames filed a response (ECF No. 211) and Defendants filed a reply (ECF No. 213). Upon review of the motion and of the record in this case, the Court finds and orders as follows:

On January 31, 2019, Plaintiff Brenda Rhames filed a Notice of Non-Opposition. ECF No. 224. In the Notice, Rhames states that she has been released from prison which has rendered her claims for relief moot. *Id.* at 1. Rhames states that she now has no opposition to Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (ECF No. 206). *Id.*

For the foregoing reasons, Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (ECF No. 206) is **GRANTED** and this action is **DISMISSED** with prejudice.

Alternatively, this action is **DISMISSED** with prejudice as **MOOT**.

**SO ORDERED** this **12th day** of **April, 2019.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE