IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **BRENDA RHAMES,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:17-cv-009-O |
| **UNITED STATES OF AMERICA, et al.,** | § § | |
| Defendants. | § § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and decisions duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment (ECF No. 206) is **GRANTED** and this action is **DISMISSED** with prejudice.

Alternatively, this action is **DISMISSED** with prejudice as **MOOT**.

**SO ORDERED** this **12th day** of **April, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE